# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SAMANTHA PETTIGREW**, *on behalf of herself and all other employees or former employees of Puralwala, Inc., similarly situated*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**PURALWALA, INC.,** *et al.*,<br><br>    Defendants. | No.: 5:22-cv-0225-LCB |

## ORDER OF DISMISSAL

In an order issued contemporaneously herewith, the Court granted the parties' motion to approve their settlement agreement. That motion (Doc. 7) also requested that, upon approval of the settlement agreement, the Court dismiss the entire action with prejudice. Accordingly, it is **ORDERED** that the motion (Doc. 7) is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** August 22, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE